IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30234
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WESLEY LANDRY,

Defendant-Appellant.

- - - - - - - - - -
Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CR-97-L
- - - - - - - - - -
April 08, 1998

Before DUHE', DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Wesley Landry has filed a brief
as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Our
independent review of the brief, Landry's response, and the
record discloses no nonfrivolous issue.  Accordingly, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.